

# United States Bankruptcy Court

NORTHERN DISTRICT OF ILLINOIS
219 S. Dearborn Street
Chicago, IL 60604

**Kenneth S. Gardner**, Bankruptcy Clerk

Date     **September 23, 2008**

Michael Dobbins, Clerk
United States District Court
Northern District of Illinois
219 S Dearborn Street
Chicago, IL 60604

Case Number     08-11591

# ↳ FILED

### SEP 2 3 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Case Name     Semir D. Sirazi

Notice of Appeal Filed     9/4/2008

Appellant     Antoin S. Rezko

Dear Sir:

Pursuant to **Bankruptcy Rule 8007** transmitted herewith is the Record on Appeal. The Record on Appeal consist of:

| | | | |
|---|---|---|---|
| ✓ | Transmittal Letter and Civil Cover Sheet | ✓ | Notice of Appeal |
| ✓ | Designation and Statement of Issues | ✓ | Copy of Documents Designated |
| ✓ | Transcript of Proceeding | | Exhibits |
| | In Forma Pauperis | | Expedited Notice of Appeal |

Additional Items Included

☐ _____

**08CV5433
JUDGE KENNELLY
MAG. JUDGE COX**

☐     Total Volumes Transmitted

The following items will be transmitted as a supplemental to the Record on Appeal

☐ _____

_____

Previous D C Judge _____     Case Number _____

By Deputy Clerk _____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ANTOIN S. REZKO, | ) | Case No. 08 B 11591 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |

### NOTICE OF APPEAL

Antoin S. Rezko, debtor herein, appeals under 28 U.S.C. § 158(a) from that certain Order

Denying for the Reasons Stated on the Record Motion to Dismiss Case (Dkt. #61) and that

certain Order for Relief under Chapter 7 (Dkt. #62) of the Honorable Carol A. Doyle, Bankruptcy

Judge, entered in this bankruptcy case on August 26, 2008. True and correct copies of the

foregoing orders are attached hereto as Group Exhibit A and incorporated by reference.

The names of all parties to the orders appealed from and the names, addresses and

telephone numbers of their respective attorneys are as follows:

**Appellant:**
Antoin S. Rezko

## 08CV5433
## JUDGE KENNELLY
## MAG. JUDGE COX

**Counsel for the Appellant:**
Howard L. Adelman, Esq. (ARDC #0015458)
Nathan Q. Rugg, Esq. (ARDC #6272969)
Adelman & Gettleman, Ltd.
53 W. Jackson, Suite 1050
Chicago, IL 60604
Telephone: (312) 435-1050
Facsimile: (312) 435-1059
Email: nqr@ag-ltd.com
Email: hla@ag-ltd.com

and

Michael J. Kelly, Esq. (ARDC #3128055)
Richard S. Lauter, Esq. (ARDC #6182859)
Kellye L. Fabian, Esq. (ARDC #6272195)
Freeborn & Peters, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6554
Facsimile: (312) 360-6996
Email: mkelly@freebornpeters.com
Email: kfabian@freebornpeters.com

**Appellees:**

***Petitioning Creditors***

Semir D. Sirazi

Mardini Inc

Greenstone Capital LLC

**Counsel for the Appellees:**

Eric J. Munoz, Esq.
Gregory Scandaglia, Esq.
Seth R. Yohalem, Esq.
Scandaglia & Ryan
55 E. Monroe Street, Suite 3930
Chicago, IL 60603
Telephone: (312) 580-2020
Facsimile: (312) 782-3806
Email: emunoz@scandagliaryan.com
Email: gscandaglia@scandagliaryan.com
Email: syohalem@scandagliaryan.com

Frances Gecker, Esq.
Joseph D. Frank, Esq.
Frank/Gecker LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60610
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
Email: fgecker@fgllp.com
Email: jfrank@fgllp.com

***Petitioning Creditor***

M&I Marshall & Ilsley Bank

**Counsel for the Appellee:**

Richard H. Fimoff, Esq.
Robbins, Salomon & Patt Ltd
25 E. Washington Street
Suite 1000
Chicago, IL 60602
Telephone: (312) 456-0185
Facsimile: (312) 782-6690
Email: rfimoff@rsplaw.com

Respectfully submitted,

ANTOIN S. REZKO

By: ___/s/Nathan Q. Rugg___
       One of his attorneys

Dated: September 4, 2008

Howard L. Adelman, Esq. (ARDC #0015458)
Nathan Q. Rugg, Esq. (ARDC #6272969)
Adelman & Gettleman, Ltd.
53 W. Jackson, Suite 1050
Chicago, IL 60604
Phone: (312) 435-1050
Fax: (312) 435-1059

80455.1 9/3/08

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies and states that on the 4th day of September, 2008, a true and correct copy of the attached Notice of Appeal was duly served upon the persons listed below in the manner indicated.

_/s/  Nathan Q. Rugg_____

## SERVICE LIST
### (SERVICE VIA ECF NOTIFICATION AND VIA ELECTRONIC MAIL, UNLESS OTHERWISE INDICATED)

Counsel to Semir Sirazi, Petitioning CRS
Eric J. Munoz, Esq.
Gregory Scandaglia, Esq.
Seth R. Yohalem, Esq.
Scandaglia & Ryan
55 E. Monroe Street, Suite 3930
Chicago, IL 60603
Email: emunoz@scandagliaryan.com
Email: gscandaglia@scandagliaryan.com
Email: syohalem@scandagliaryan.com

Counsel to Semir Sirazi, Petitioning CRS
Frances Gecker, Esq.
Joseph D. Frank, Esq.
Frank/Gecker LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60610
Email: fgecker@fgllp.com
Email: jfrank@fgllp.com

Counsel to M&I, Petitioning Creditor
Richard H. Fimoff, Esq.
Robbins, Salomon & Patt Ltd
25 E. Washington Street
Suite 1000
Chicago, IL 60602
Email: rfimoff@rsplaw.com

Counsel to MB Financial
Michael B. Weininger, Esq.
Lupel Weininger LLP
30 N. LaSalle Street, Suite 3520
Chicago, IL 60602
Email: mweininger@lw-llp.com

Counsel to LaSalle Bank, N.A.
Scott E. Jensen, Esq.
Murray, Jensen & Wilson, Ltd.
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Email: sjensen@mjwchicago.com

Trustee
Gregg Szilagyi, Esq.
Tailwind Services LLC
One South Wacker Drive, Suite 800
Chicago, IL 60606
Email: gs@tailserv.com,
gszilagyi@ecf.epiqsystems.com;
gszilagyi@epiqtrustee.com

80455.1 9/3/08

U.S. Trustee
William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
Email: USTPRegion11.ES.ECF@usdoj.gov

# GROUP EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Honorable** Carol A. Doyle **Hearing Date** August 26, 2008

**Bankruptcy Case** 08 B 11591 **Adversary No.**

**Title of Case** Antoin S. Rezko, alleged debtor

**Brief Statement of Motion** Motion of Antoin S. Rezko, alleged debtor, to dismiss involuntary petition

**Names and Addresses of moving counsel**

**Representing**

ORDER DENYING MOTION TO DISMISS INVOLUNTARY PETITION

It is ordered that for the reasons stated on the record in open court the motion to dismiss the involuntary petition is denied.

It is further ordered that the motion to dismiss shall be treated as the alleged debtor's answer to the involuntary petition.

Carol Doyle

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  Antoin S. Rezko,                    )
                                            )
                                            ) Case No. 08 B 11591
                        Debtor.             )

## ORDER FOR RELIEF

An order for relief under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C.

§§ 101 *et seq.*, is hereby entered.

ENTER:

Carol A. Doyle
United States Bankruptcy Judge

Dated: August 26, 2008

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ANTOIN S. REZKO, | ) | Case No. 08 B 11591 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF THE BANKRUPCTY COURT'S AUGUST 26, 2008 ORDER DENYING MOTION TO DISMISS CASE [DOCKET NO. 61] AND ORDER FOR RELIEF [DOCKET NO. 62]

Antoin S. Rezko, debtor herein, pursuant to Bankruptcy Rule 8006, hereby submits the

following designation of items to be included in the record on appeal of that certain Order

Denying for the Reasons Stated on the Record Motion to Dismiss Case (Dkt. #61) and that

certain Order for Relief under Chapter 7 (Dkt. #62) of the Honorable Carol A. Doyle,

Bankruptcy Judge, entered in this bankruptcy case on August 26, 2008:

**Transcript of Proceedings Before the Honorable Carol A. Doyle Conducted on August 5, 2008. (Previously ordered, completed and certified by the court reporter);**

**Transcript of Proceedings Before the Honorable Carol A. Doyle Conducted on August 26, 2008. (Previously ordered, completed and certified by the court reporter); and**

**Each of the Following Docketed Items from Bankruptcy Case 08 B 11591:**

| Filing Date | # | Description of Docket Item |
|---|---|---|
| 05/07/2008 | 1 | Chapter 7 Involuntary Petition. |
| 05/07/2008 | 2 | Involuntary Summons Issued on Antoin S Rezko. |
| 05/08/2008 | 6 | Order Combined with Notice of Status Hearing. |
| 05/31/2008 | 17 | Notice of Motion and Motion to Extend Time for Alleged Debtor to File Answer or to Otherwise Plead in Response to Involuntary Petition. |
| 06/02/2008 | 19 | Response to (related document(s): 17 Motion to Extend Time). |

# 08CV5433
# JUDGE KENNELLY
# MAG. JUDGE COX

| 06/05/2008 | 22 | Order Granting Motion to Extend Time (Related Doc # 17). |
|---|---|---|
| 06/09/2008 | 23 | Order Scheduling (RE: 17 Motion to Extend Time). |
| 06/11/2008 | 26 | Notice of Motion and Motion to Dismiss Case. |
| 06/25/2008 | 30 | Brief in Support to (related document(s): 26 Motion to Dismiss Case). |
| 07/16/2008 | 39 | Notice of Motion and Motion to Intervene. |
| 07/16/2008 | 42 | Response to (related document(s): 26 Motion to Dismiss Case). |
| 07/28/2008 | 44 | Reply in Support to (related document(s): 26 Motion to Dismiss Case). |
| 08/05/2008 | 50 | Order Scheduling (RE: 26 Motion to Dismiss Case). |
| 08/19/2008 | 56 | Statement Filed on behalf of Antoin S Rezko (RE: 26 Motion to Dismiss Case). |
| 08/21/2008 | 59 | Response to (related document(s): 56 Statement). |
| 08/26/2008 | 61 | Order Denying for the Reasons Stated on the Record Motion to Dismiss Case (Related Doc # 26). |
| 08/26/2008 | 62 | Order for Relief under Chapter 7. |
| 08/26/2008 | 66 | Order Granting Motion To Intervene (Related Doc # 39). |

Dated: September 15, 2008

Respectfully submitted,

ANTOIN S. REZKO

By: _____/s/Nathan Q. Rugg___
One of his attorneys

Howard L. Adelman, Esq. (ARDC #0015458)
Nathan Q. Rugg, Esq. (ARDC #6272969)
ADELMAN & GETTLEMAN, LTD.
53 W. Jackson, Suite 1050
Chicago, IL 60604
Phone: (312) 435-1050
Facsimile: (312) 435-1059

Michael J. Kelly, Esq. (ARDC #3128055)
Richard S. Lauter, Esq. (ARDC #6182859)
Kellye L. Fabian, Esq. (ARDC #6272195)
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6554
Facsimile: (312) 360-6996

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2008, a copy of the foregoing DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF THE BANKRUPCTY COURT'S AUGUST 26, 2008 ORDER DENYING MOTION TO DISMISS CASE [DOCKET NO. 61] AND ORDER FOR RELIEF [DOCKET NO. 62] was filed electronically. Notice of this filing has been delivered to the following parties by operation of the Court's electronic filing system. Such parties may access this filing through the Court's system.

Counsel to Sirazi Petitioning Creditors
Eric J. Munoz, Esq.
Gregory Scandaglia, Esq.
Seth R. Yohalem, Esq.
Scandaglia & Ryan
55 E. Monroe Street, Suite 3930
Chicago, IL 60603
Email: emunoz@scandagliaryan.com
Email: gscandaglia@scandagliaryan.com
Email: syohalem@scandagliaryan.com

Counsel to Sirazi Petitioning Creditors
Frances Gecker, Esq.
Joseph D. Frank, Esq.
Frank/Gecker LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60610
Email: fgecker@fgllp.com
Email: jfrank@fgllp.com

Counsel to M&I Petitioning Creditor
Richard H. Fimoff, Esq.
Robbins, Salomon & Patt Ltd
25 E. Washington Street
Suite 1000
Chicago, IL 60602
Email: rfimoff@rsplaw.com

Counsel to MB Financial
Michael B. Weininger, Esq.
Lupel Weininger LLP
30 N. LaSalle Street, Suite 3520
Chicago, IL 60602
Email: mweininger@lw-llp.com

Counsel to LaSalle Bank, N.A.
Scott E. Jensen, Esq.
Murray, Jensen & Wilson, Ltd.
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Email: sjensen@mjwchicago.com

Chapter 7 Trustee
Gregg Szilagyi, Esq.
Tailwind Services LLC
One South Wacker Drive, Suite 800
Chicago, IL 60606
Email: gs@tailserv.com,
gszilagyi@ecf.epiqsystems.com;
gszilagyi@epiqtrustee.com

U.S. Trustee
William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
Email: USTPRegion11.ES.ECF@usdoj.gov

　　　　　　　　　　　　/s/ Nathan Q. Rugg
　　　　　　　　　　　　Nathan Q, Rugg

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ANTOIN S. REZKO, | ) | Case No. 08 B 11591 |
| | ) | |
| Alleged Debtor | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Monday, the 15th day of September, 2008, we caused to be filed the **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF THE BANKRUPTCY COURT'S AUGUST 26, 2008 ORDER DENYING MOTION TO DISMISS CASE [DOCKET NO. 61] AND ORDER FOR RELIEF [DOCKET NO. 62]**, with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

> HOWARD L. ADELMAN, ESQ. (ARDC# 0015458)
> NATHAN Q. RUGG, ESQ. (ARDC# 6272969)
> ADELMAN & GETTLEMAN, LTD.
> 53 West Jackson Blvd., Suite 1050
> Chicago, Illinois 60604
> (312) 435-1050
>
> Michael J. Kelly, Esq. (ARDC #3128055)
> Richard S. Lauter, Esq. (ARDC #6182859)
> Kellye L. Fabian, Esq. (ARDC #6272195)
> FREEBORN & PETERS, LLP
> 311 S. Wacker Drive, Suite 3000
> Chicago, IL 60606
> Telephone: (312) 360-6554

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing and document referred to therein were served upon the persons listed on the attached service list via ECF, this 15th day of September, 2008.

> /s/ Nathan Q. Rugg, Esq.

80578.1

**08CV5433**
**JUDGE KENNELLY**
**MAG. JUDGE COX**

## SERVICE LIST

**Richard H Fimoff** - rfimoff@rsplaw.com, labrams@rsplaw.com

**Joseph D Frank** - jfrank@fgllp.com, ccarpenter@fgllp.com; rheiligman@fgllp.com; jkleinman@fgllp.com

**Frances Gecker** - fgecker@fgllp.com

**Scott E Jensen** - sjensen@mjwchicago.com

**Micah R Krohn** - mkrohn@fgllp.com

**Eric J. Munoz** - emunoz@scandagliaryan.com, dwaters@scandagliaryan.com; amichalec@scandagliaryan.com; hpetersen@scandagliaryan.com

**William T Neary** - USTPRegion11.ES.ECF@usdoj.gov

**Gregory Scandaglia** - gscandaglia@scandagliaryan.com, amichalec@scandagliaryan.com; hpetersen@scandagliaryan.com; dwaters@scandagliaryan.com;

**Catherine L Steege** - csteege@jenner.com, docketing@jenner.com

**Gregg Szilagyi** - gs@tailserv.com; gszilagyi@ecf.epiqsystems.com; gszilagyi@epiqtrustee.com

**Michael B Weininger** - mweininger@lw-llp.com

**Seth R Yohalem** - syohalem@scandagliaryan.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                                    )        Chapter 7
                                          )
ANTOIN S. REZKO,                          )        Case No. 08 B 11591
                                          )
            Debtor.                       )        Hon. Carol A. Doyle
                                          )
_____ )

**STATEMENT OF ISSUES ON APPEAL OF THE BANKRUPCTY COURT'S
AUGUST 26, 2008 ORDER DENYING MOTION TO DISMISS
CASE [DOCKET NO. 61] AND ORDER FOR RELIEF [DOCKET NO. 62]**

Antoin S. Rezko, debtor herein (the "Debtor"), pursuant to Bankruptcy Rule 8006, hereby

submits the following statement of issues to be presented on appeal from that certain Order

Denying for the Reasons Stated on the Record Motion to Dismiss Case (Dkt. #61) (the

"Dismissal Order") and that certain Order for Relief under Chapter 7 (Dkt. #62) (the "Order for

Relief") of the Honorable Carol A. Doyle, Bankruptcy Judge, entered in this bankruptcy case on

August 26, 2008:

> Whether the Bankruptcy Court erred in entering the Order for Relief without allowing the Debtor to first file an answer to the Involuntary Petition as provided under Rule 1011 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 12 of the Federal Rules of Civil Procedure (the "Federal Rules"), and to pursue discovery in accordance with Bankruptcy Rule 1018.

> Whether the Bankruptcy Court erred in treating the Motion to Dismiss Involuntary Petition filed by the Debtor to be his answer to the Involuntary Petition, as stated in Dismissal Order.

> Whether the Bankruptcy Court erred in finding that no bona fide dispute exists under 11 U.S.C. § 303(b) as to liability and amount of any of the claims of the petitioning creditors.

> Whether the Bankruptcy Court erred in finding that the Debtor waived the argument that a bona fide dispute exists under 11 U.S.C. § 303(b) as to the amount of the claims of each of the petitioning creditors.

> Whether the Bankruptcy Court erred in resolving the disputes at issue in the Motion to Dismiss Involuntary Petition instead of deciding whether a bona fide dispute exists in the

first instance as required in the Seventh Circuit and established in *In re Busick*, 831 F.2d 745 (7th Cir. 1987).

Whether the Bankruptcy Court erred in taking as "evidence" certain documents presented by the petitioning creditors in connection with the Motion to Dismiss Involuntary Petition.

Dated: September 15, 2008

Respectfully submitted,

ANTOIN S. REZKO

By:     /s/Nathan Q. Rugg
One of his attorneys

Howard L. Adelman, Esq. (ARDC #0015458)
Nathan Q. Rugg, Esq. (ARDC #6272969)
ADELMAN & GETTLEMAN, LTD.
53 W. Jackson, Suite 1050
Chicago, IL 60604
Phone: (312) 435-1050
Facsimile: (312) 435-1059

Michael J. Kelly, Esq. (ARDC #3128055)
Richard S. Lauter, Esq. (ARDC #6182859)
Kellye L. Fabian, Esq. (ARDC #6272195)
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6554
Facsimile: (312) 360-6996

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 15, 2008, a copy of the foregoing STATEMENT OF ISSUES ON APPEAL OF THE BANKRUPCTY COURT'S AUGUST 26, 2008 ORDER DENYING MOTION TO DISMISS CASE [DOCKET NO. 61] AND ORDER FOR RELIEF [DOCKET NO. 62] was filed electronically. Notice of this filing has been delivered to the following parties by operation of the Court's electronic filing system. Such parties may access this filing through the Court's system.

Counsel to Sirazi Petitioning Creditors
Eric J. Munoz, Esq.
Gregory Scandaglia, Esq.
Seth R. Yohalem, Esq.
Scandaglia & Ryan
55 E. Monroe Street, Suite 3930
Chicago, IL 60603
Email: emunoz@scandagliaryan.com
Email: gscandaglia@scandagliaryan.com
Email: syohalem@scandagliaryan.com

Counsel to Sirazi Petitioning Creditors
Frances Gecker, Esq.
Joseph D. Frank, Esq.
Frank/Gecker LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60610
Email: fgecker@fgllp.com
Email: jfrank@fgllp.com

Counsel to M&I Petitioning Creditor
Richard H. Fimoff, Esq.
Robbins, Salomon & Patt Ltd
25 E. Washington Street
Suite 1000
Chicago, IL 60602
Email: rfimoff@rsplaw.com

Counsel to MB Financial
Michael B. Weininger, Esq.
Lupel Weininger LLP
30 N. LaSalle Street, Suite 3520
Chicago, IL 60602
Email: mweininger@lw-llp.com

Counsel to LaSalle Bank, N.A.
Scott E. Jensen, Esq.
Murray, Jensen & Wilson, Ltd.
101 N. Wacker Drive, Suite 101
Chicago, IL 60606
Email: sjensen@mjwchicago.com

Chapter 7 Trustee
Gregg Szilagyi, Esq.
Tailwind Services LLC
One South Wacker Drive, Suite 800
Chicago, IL 60606
Email: gs@tailserv.com,
gszilagyi@ecf.epiqsystems.com;
gszilagyi@epiqtrustee.com

U.S. Trustee
William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn St., Room 873
Chicago, IL 60604
Email: USTPRegion11.ES.ECF@usdoj.gov

/s/ Nathan Q. Rugg
Nathan Q. Rugg

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ANTOIN S. REZKO, | ) | Case No. 08 B 11591 |
| | ) | |
| Alleged Debtor | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | |

**JUDGE KENNELLY
MAG. JUDGE COX
08CV5433**

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on Monday, the 15th day of September, 2008, we caused to be filed the **STATEMENT OF ISSUES ON APPEAL OF THE BANKRUPTCY COURT'S AUGUST 26, 2008 ORDER DENYING MOTION TO DISMISS CASE [DOCKET NO. 61] AND ORDER FOR RELIEF [DOCKET NO. 62]** with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, a copy of which is hereby served upon you.

HOWARD L. ADELMAN, ESQ. (ARDC# 0015458)
NATHAN Q. RUGG, ESQ. (ARDC# 6272969)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
(312) 435-1050

Michael J. Kelly, Esq. (ARDC #3128055)
Richard S. Lauter, Esq. (ARDC #6182859)
Kellye L. Fabian, Esq. (ARDC #6272195)
FREEBORN & PETERS, LLP
311 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 360-6554

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Filing and document referred to therein were served upon the persons listed on the attached service list via ECF, this 15th day of September, 2008.

/s/ Nathan Q. Rugg, Esq.

80579.1

## SERVICE LIST

**Richard H Fimoff** - rfimoff@rsplaw.com, labrams@rsplaw.com

**Joseph D Frank** - jfrank@fgllp.com, ccarpenter@fgllp.com; rheiligman@fgllp.com; jkleinman@fgllp.com

**Frances Gecker** - fgecker@fgllp.com

**Scott E Jensen** - sjensen@mjwchicago.com

**Micah R Krohn** - mkrohn@fgllp.com

**Eric J. Munoz** - emunoz@scandagliaryan.com, dwaters@scandagliaryan.com; amichalec@scandagliaryan.com; hpetersen@scandagliaryan.com

**William T Neary** - USTPRegion11.ES.ECF@usdoj.gov

**Gregory Scandaglia** - gscandaglia@scandagliaryan.com, amichalec@scandagliaryan.com; hpetersen@scandagliaryan.com; dwaters@scandagliaryan.com;

**Catherine L Steege** - csteege@jenner.com, docketing@jenner.com

**Gregg Szilagyi** - gs@tailserv.com; gszilagyi@ecf.epiqsystems.com; gszilagyi@epiqtrustee.com

**Michael B Weininger** - mweininger@lw-llp.com

**Seth R Yohalem** - syohalem@scandagliaryan.com

**APPEAL**

# U.S. Bankruptcy Court
# Northern District of Illinois (Chicago)
# Bankruptcy Petition #: 08-11591
# Internal Use Only

*Assigned to:* Honorable Judge Carol A. Doyle
Chapter 7
Involuntary
No asset

*Date Filed:* 05/07/2008

**Petitioning Creditor**
**Semir D Sirazi**
500 Elmwood Ave
Wilmette, IL 60091

represented **Eric J. Munoz**
by Scandaglia & Ryan
55 East Monroe Street
Suite 3930
Chicago, IL 60603
312 580-2020 Ext. 2028
Fax : 312 782-3806
Email:
emunoz@scandagliaryan.com

**Frances Gecker**
325 North LaSalle Street
Suite 625
Chicago, IL 60610
312-276-1400
Email: fgecker@fgllp.com

**08CV5433**
**JUDGE KENNELLY**
**MAG. JUDGE COX**

**Gregory Scandaglia**
Scandaglia & Ryan
55 E Monroe Street
Suite 3930
Chicago, IL 60603
312-580-2020
Fax : 312-782-3806
Email:
gscandaglia@scandagliaryan.com

**Joseph D Frank**
Frank/Gecker LLP
325 N LaSalle Suite 625
Chicago, IL 60610
312 - 276-1400





Fax : 312 - 276-0035
Email: jfrank@fgllp.com

**Micah R Krohn**
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL 60610
312- 276-1400
Fax : 312- 276-0035
Email: mkrohn@fgllp.com

**Seth R Yohalem**
Scandaglia & Ryan
55 East Monroe Street
Suite 3930
Chicago, IL 60603
312-580-2020
Fax : 312-782-3806
Email:
syohalem@scandagliaryan.com

| | | |
|---|---|---|
| ***Petitioning Creditor***<br>**Mardini Inc**<br>500 Elmwood Ave<br>Wilmette, IL 60091 | represented<br>by | **Eric J. Munoz**<br>(See above for address)<br><br>**Gregory Scandaglia**<br>(See above for address)<br><br>**Seth R Yohalem**<br>(See above for address) |
| ***Petitioning Creditor***<br>**Greenstone Captal LLC**<br>500 Elmwood Ave<br>Wilmette, IL 60091 | represented<br>by | **Eric J. Munoz**<br>(See above for address)<br><br>**Gregory Scandaglia**<br>(See above for address)<br><br>**Seth R Yohalem**<br>(See above for address) |
| ***Petitioning Creditor***<br>**M&I Marshall & Ilsley Bank** | represented<br>by | **Richard H Fimoff**<br>Robbins, Salomon & Patt Ltd<br>25 E Washington Street<br>Suite 1000<br>Chicago, IL 60602<br>312 456-0185 |



Fax : 312 782-6690
Email: rfimoff@rsplaw.com

**Alleged Debtor**
**Antoin S Rezko**
1250 Chestnut Ave
Wilmette, IL 60091

represented **Howard L. Adelman**
by Adelman & Gettleman Ltd.
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
312 435-1050
Fax : 312 435-1059
Email: hla@ag-ltd.com

**Nathan Q. Rugg**
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
# 1050
Chicago, IL 60604
312 435-1050
Email: nqr@ag-ltd.com

**Trustee**
**Gregg Szilagyi**
Tailwind Services LLC
One South Wacker Drive
Suite 800
Chicago, IL 60606
312-634-4748

represented **Catherine L Steege, ESQ**
by Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
312 222-9350
Fax : 312 527-0484
Email: csteege@jenner.com

**U.S. Trustee**
**William T Neary**
Office of the U.S. Trustee, Region
11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 05/07/2008 | ⬤1 | Chapter 7 Involuntary Petition. Fee Amount $299 Re: Antoin S Rezko Filed by Petitioning Creditors(s): Semir D Sirazi (attorney Gregory Scandaglia), Mardini Inc (attorney Gregory Scandaglia), Greenstone Captal LLC |

| | | |
|---|---|---|
| | | (attorney Gregory Scandaglia) (Gutierrez, Evelyn) (Entered: 05/07/2008) |
| 05/07/2008 | 2 | Involuntary Summons Issued on Antoin S Rezko . (Gutierrez, Evelyn) (Entered: 05/07/2008) |
| 05/07/2008 | 3 | Receipt of Chapter 7 Filing Fee - $299.00 by EG. Receipt Number 03163763. Payment received from Scandaglia. (Entered: 05/08/2008) |
| 05/07/2008 | 8 | Notice of Hearing of Rule to Show Cause with Certificate of Service against Gregory J Scandaglia for Not Filing Electronically . Hearing scheduled for 5/22/2008 at 11:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Flowers, Michael) (Entered: 05/09/2008) |
| 05/08/2008 | 4 | Appearance Filed by Eric J. Munoz on behalf of Greenstone Capital LLC, Mardini Inc, Semir D Sirazi. (Munoz, Eric) (Entered: 05/08/2008) |
| 05/08/2008 | 5 | Certificate of Service Filed by Eric J. Munoz on behalf of Greenstone Capital LLC, Mardini Inc, Semir D Sirazi (RE: 1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). (Munoz, Eric) (Entered: 05/08/2008) |
| 05/08/2008 | 6 | Order Combined with Notice of Status Hearing . Status hearing to be held on 6/5/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. Signed on 5/8/2008 (Flowers, Michael) (Entered: 05/09/2008) |
| 05/08/2008 | 7 | Certificate of Service (RE: 6 Order Combined with Notice of Status Hearing). (Flowers, Michael) (Entered: 05/09/2008) |
| 05/20/2008 | 9 | Notice of Appearance and Request for Notice Filed by Michael B Weininger on behalf of MB Financial Bank. (Weininger, Michael) (Entered: 05/20/2008) |
| 05/22/2008 | 10 | Hearing Concluded (RE: 8 Notice of Hearing of Rule to Show Cause for Not Filing Electronically, ). (Devine, Tina) (Entered: 05/22/2008) |

| 05/28/2008 | ●11 | Appearance Filed by Howard L. Adelman on behalf of Antoin S Rezko. (Adelman, Howard) (Entered: 05/28/2008) |
| 05/28/2008 | ●12 | Notice of Filing Filed by Howard L. Adelman on behalf of Antoin S Rezko (RE: 11 Appearance). (Adelman, Howard) (Entered: 05/28/2008) |
| 05/29/2008 | ●13 | Appearance Filed by Nathan Q. Rugg on behalf of Antoin S Rezko. (Rugg, Nathan) (Entered: 05/29/2008) |
| 05/29/2008 | ●14 | Notice of Filing Filed by Nathan Q. Rugg on behalf of Antoin S Rezko (RE: 13 Appearance). (Rugg, Nathan) (Entered: 05/29/2008) |
| 05/29/2008 | ●15 | Appearance Filed by Seth R Yohalem on behalf of Greenstone Captal LLC, Mardini Inc, Semir D Sirazi. (Yohalem, Seth) (Entered: 05/29/2008) |
| 05/29/2008 | ●16 | Notice of Filing Notice of filing Filed by Seth R Yohalem on behalf of Greenstone Captal LLC, Mardini Inc, Semir D Sirazi (RE: 15 Appearance). (Yohalem, Seth) (Entered: 05/29/2008) |
| 05/31/2008 | ●17 | Notice of Motion and Motion to Extend Time for Alleged Debtor to File Answer or to Otherwise Plead in Response to Involuntary Petition Filed by Nathan Q. Rugg on behalf of Antoin S Rezko. Hearing scheduled for 6/5/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Rugg, Nathan) (Entered: 05/31/2008) |
| 06/02/2008 | ●18 | Appearance Filed by Scott E Jensen on behalf of LASALLE BANK NA. (Jensen, Scott) (Entered: 06/02/2008) |
| 06/02/2008 | ●19 | Response to (related document(s): 17 Motion to Extend Time, ) Filed by Gregory Scandaglia on behalf of Greenstone Captal LLC, Mardini Inc, Semir D Sirazi (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3) (Scandaglia, Gregory) (Entered: 06/02/2008) |

| | | |
|---|---|---|
| 06/02/2008 | ●20 | Notice of Filing Filed by Gregory Scandaglia on behalf of Greenstone Captal LLC, Mardini Inc, Semir D Sirazi (RE: 19 Response). (Scandaglia, Gregory) (Entered: 06/02/2008) |
| 06/05/2008 | ●21 | Hearing Continued (RE: 1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). Hearing continued on 8/5/2008 at 10:30AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Smith, Lester) (Entered: 06/05/2008) |
| 06/05/2008 | ●22 | Order Granting Motion to Extend Time (Related Doc # 17). Answer due by: 6/11/2008. Signed on 6/5/2008. (Flowers, Michael) (Entered: 06/09/2008) |
| 06/09/2008 | ●23 | Order Scheduling (RE: 17 Motion to Extend Time, ). Memorandum due by 6/25/2008.Reply due by 7/28/2008 Responses due by 7/16/2008. Status hearing to be held on 8/5/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604.Debtors Motion to dismiss should be filed on or before 6/11/08 Signed on 6/9/2008 (Flowers, Michael) (Entered: 06/10/2008) |
| 06/10/2008 | | Reopen Document (RE: 17 Motion to Extend Time, ). (Flowers, Michael) (Entered: 06/10/2008) |
| 06/10/2008 | ●24 | Notice of Motion and Motion for Relief from Stay as to 1250 Chestnut Ave., Wilmette, IL. Fee Amount $150, Filed by Scott E Jensen on behalf of LASALLE BANK NA. Hearing scheduled for 6/19/2008 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Statement Accompanying Relief From Stay # 2 Proposed Order) (Jensen, Scott) (Entered: 06/10/2008) |
| 06/10/2008 | 25 | Receipt of Motion for Relief Stay(08-11591) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 8964422. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 06/10/2008) |
| 06/11/2008 | ●26 | Notice of Motion and Motion to Dismiss Case Filed by Howard L. Adelman on behalf of Antoin S Rezko. Hearing scheduled for 8/5/2008 at 10:30 AM at 219 |

| | | |
|---|---|---|
| | | South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Adelman, Howard) (Entered: 06/11/2008) |
| 06/16/2008 | ●27 | Appearance for Marjorie E. Schaffner Filed by Michael B Weininger on behalf of MB Financial Bank. (Weininger, Michael) (Entered: 06/16/2008) |
| 06/18/2008 | | Motions terminated . (Flowers, Michael) (Entered: 06/18/2008) |
| 06/19/2008 | ●28 | Hearing Continued (RE: 24 Relief Stay). Hearing Scheduled for 07/10/2008 at 10:30 AM at Courtroom 742 219 South Dearborn, Chicago, IL, 60604. (Smith,Lester) (Entered: 06/19/2008) |
| 06/19/2008 | ●29 | Order Scheduling (RE: 24 Motion for Relief Stay, ). Responses due by 6/26/2008. Signed on 6/19/2008 (Flowers, Michael) (Entered: 06/23/2008) |
| 06/25/2008 | ●30 | Brief in Support to (related document(s): 26 Motion to Dismiss Case, ) Filed by Howard L. Adelman on behalf of Antoin S Rezko (Attachments: # 1 Exhibit Ex. A# 2 Exhibit Ex. B# 3 Exhibit Ex. C# 4 Exhibit Ex. D# 5 Exhibit Ex. E# 6 Exhibit Ex. F# 7 Exhibit Ex. G# 8 Exhibit Ex. H# 9 Exhibit Ex. I# 10 Exhibit Ex. J) (Adelman, Howard) (Entered: 06/25/2008) |
| 06/25/2008 | ●31 | Notice of Filing Filed by Howard L. Adelman on behalf of Antoin S Rezko (RE: 30 Brief, ). (Adelman, Howard) (Entered: 06/25/2008) |
| 06/26/2008 | ●32 | Response in Opposition to (related document(s): 24 Motion for Relief Stay, ) Filed by Howard L. Adelman on behalf of Antoin S Rezko (Adelman, Howard) (Entered: 06/26/2008) |
| 06/26/2008 | ●33 | Notice of Filing Filed by Howard L. Adelman on behalf of Antoin S Rezko (RE: 32 Response). (Adelman, Howard) (Entered: 06/26/2008) |
| 07/03/2008 | ●34 | Reply to (related document(s): 24 Motion for Relief Stay, ) Filed by Scott E Jensen on behalf of LASALLE BANK NA (Jensen, Scott) (Entered: 07/03/2008) |

| 07/03/2008 | ●35 | Notice of Filing Notice of Filing Reply to Response of Alleged Debtor in Opposition to Motion to Lift Stay Filed by Scott E Jensen on behalf of LASALLE BANK NA (RE: 24 Motion for Relief Stay, ). (Jensen, Scott) (Entered: 07/03/2008) |
|------------|-----|-----|
| 07/10/2008 | ●36 | Order Granting Motion for Relief from Stay (Related Doc # 24). Signed on 7/10/2008. (Flowers, Michael) (Entered: 07/11/2008) |
| 07/16/2008 | ●37 | Appearance Filed by Richard H Fimoff on behalf of M&I Marshall & Ilsley Bank. (Fimoff, Richard) (Entered: 07/16/2008) |
| 07/16/2008 | ●38 | Appearance for Robert F. Rabin Filed by Richard H Fimoff on behalf of M&I Marshall & Ilsley Bank. (Fimoff, Richard) (Entered: 07/16/2008) |
| 07/16/2008 | ●39 | Notice of Motion and Motion to Intervene Motion to dismiss Filed by Richard H Fimoff on behalf of M&I Marshall & Ilsley Bank. Hearing scheduled for 8/5/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # (1) Exhibit Exhibit A1# 2 Exhibit Exhibit A2# 3 Exhibit Exhibit A3# 4 Exhibit Exhibit A4# 5 Exhibit Exhibit A5# 6 Exhibit Exhibit B1# 7 Exhibit Exhibit B2# 8 Exhibit Exhibit B3# 9 Proposed Order Proposed Order) (Fimoff, Richard) (Entered: 07/16/2008) |
| 07/16/2008 | ●40 | Appearance Filed by Joseph D Frank on behalf of Semir D Sirazi. (Frank, Joseph) (Entered: 07/16/2008) |
| 07/16/2008 | ●41 | Appearance Filed by Frances Gecker on behalf of Semir D Sirazi. (Gecker, Frances) (Entered: 07/16/2008) |
| 07/16/2008 | ●42 | Response to (related document(s): 26 Motion to Dismiss Case, ) Filed by Gregory Scandaglia on behalf of Greenstone Captal LLC, Mardini Inc, Semir D Sirazi (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4 Part 1# 5 Exhibit 4 Part 2# 6 Exhibit 4 Part 3# 7 Exhibit 4 Part 4# 8 Exhibit 4 Part 5# 9 Exhibit 4 Part 6# 10 Exhibit 4 Part 7# 11 Exhibit 5# 12 Exhibit 6# 13 Exhibit 7# 14 Exhibit 8# 15 Exhibit 9 Part 1# 16 Exhibit 9 Part 2# 17 Exhibit 10 Part 1# 18 |

| | | Exhibit 10 Part 2# 19 Exhibit 10 Part 3# 20 Exhibit 10 Part 4# 21 Exhibit 10 Part 5# 22 Exhibit 10 Part 6# 23 Exhibit 11# 24 Exhibit 12# 25 Exhibit 13# 26 Exhibit 14# 27 Exhibit 15# 28 Exhibit 16# 29 Exhibit 17# 30 Exhibit 18# 31 Exhibit 19# 32 Exhibit 20# 33 Exhibit 21# 34 Exhibit 22# 35 Exhibit 23# 36 Exhibit 24# 37 Exhibit 25# 38 Exhibit 26# 39 Exhibit 27# 40 Exhibit 28# 41 Exhibit 29# 42 Exhibit 30# 43 Exhibit 31# 44 Exhibit 32# 45 Exhibit 33# 46 Exhibit 34# 47 Exhibit 35# 48 Exhibit 36# 49 Exhibit 37# 50 Exhibit 38# 51 Exhibit 39# 52 Exhibit 40# 53 Exhibit 41# 54 Exhibit 42# 55 Exhibit 43# 56 Exhibit 44# 57 Exhibit 45# 58 Exhibit 46# 59 Exhibit 47# 60 Exhibit 48# 61 Exhibit 49# 62 Exhibit 50# 63 Exhibit 51# 64 Exhibit 52# 65 Exhibit 53# 66 Exhibit 54# 67 Exhibit 55# 68 Exhibit 56# 69 Exhibit 57# 70 Exhibit 58# 71 Exhibit 59# 72 Exhibit 60# 73 Exhibit 61# 74 Exhibit 62# 75 Exhibit 63# 76 Exhibit 64# 77 Exhibit 65# 78 Exhibit A) (Scandaglia, Gregory) (Entered: 07/16/2008) |
| 07/16/2008 | ●43 | Notice of Filing Filed by Gregory Scandaglia on behalf of Greenstone Captal LLC, Mardini Inc, Semir D Sirazi (RE: 42 Response,,,,,, ). (Scandaglia, Gregory) (Entered: 07/16/2008) |
| 07/28/2008 | ●44 | Reply in Support to (related document(s): 26 Motion to Dismiss Case, ) Filed by Howard L. Adelman on behalf of Antoin S Rezko (Adelman, Howard) (Entered: 07/28/2008) |
| 07/28/2008 | ●45 | Notice of Filing Filed by Howard L. Adelman on behalf of Antoin S Rezko (RE: 44 Reply). (Adelman, Howard) (Entered: 07/28/2008) |
| 08/05/2008 | ●46 | Hearing Continued (RE: 26 Dismiss Case). Hearing Scheduled for 08/26/2008 at 11:15 AM at Courtroom 742 219 South Dearborn, Chicago, IL, 60604. (Devine,Tina) (Entered: 08/05/2008) |
| 08/05/2008 | ●47 | Hearing Continued (RE: 39 Intervene). Hearing Scheduled for 08/26/2008 at 11:15 AM at Courtroom 742 219 South Dearborn, Chicago, IL, 60604. (Devine,Tina) (Entered: 08/05/2008) |
| | | |

| 08/05/2008 | ●48 | Hearing Continued (RE: 1 Involuntary Petition (Chapter 7), Involuntary Petition (Chapter 7)). Status hearing to be held on 8/26/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Devine, Tina) (Entered: 08/05/2008) |
|---|---|---|
| 08/05/2008 | ●49 | Order Scheduling (RE: 39 Motion to Intervene, ). Responses due by 8/19/2008. Signed on 8/5/2008 (Flowers, Michael) (Entered: 08/06/2008) |
| 08/05/2008 | ●50 | Order Scheduling (RE: 26 Motion to Dismiss Case, ). Memorandum due by 8/19/2008. Signed on 8/5/2008 (Flowers, Michael) (Entered: 08/06/2008) |
| 08/05/2008 | ●51 | Notice of Hearing of Rule to Show Cause with Certificate of Service against Brad S Grayson for Not Filing Electronically . Hearing scheduled for 8/28/2008 at 11:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Flowers, Michael) (Entered: 08/06/2008) |
| 08/15/2008 | ●52 | Notice of Motion and Motion for Relief from Stay as to Membership Interest Or, In the Alternative, Modifying the Automatic Stay. Fee Amount $150, Filed by Frances Gecker on behalf of Semir D Sirazi. Hearing scheduled for 8/19/2008 at 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D (Group)# 5 Exhibit E) (Gecker, Frances) (Entered: 08/15/2008) |
| 08/15/2008 | ●53 | Attachment(s) Required Statement to Accompany All Motions For Relief From Stay Filed by Frances Gecker on behalf of Semir D Sirazi (RE: 52 Motion for Relief Stay, ). (Gecker, Frances) (Entered: 08/15/2008) |
| 08/15/2008 | 54 | Receipt of Motion for Relief Stay(08-11591) [motion,mrlfsty] ( 150.00) Filing Fee. Receipt number 9359402. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 08/15/2008) |
| 08/19/2008 | ●55 | Hearing Continued (RE: 52 Relief Stay). Hearing Scheduled for 09/09/2008 at 10:30 AM at Courtroom 742 219 South Dearborn, Chicago, IL, 60604. |

| | | |
|---|---|---|
| | | (Devine,Tina) (Entered: 08/19/2008) |
| 08/19/2008 | ●56 | Statement Filed by Howard L. Adelman on behalf of Antoin S Rezko (RE: 26 Motion to Dismiss Case, ). (Adelman, Howard) (Entered: 08/19/2008) |
| 08/19/2008 | ●57 | Notice of Filing Filed by Howard L. Adelman on behalf of Antoin S Rezko (RE: 56 Statement). (Adelman, Howard) (Entered: 08/19/2008) |
| 08/19/2008 | ●58 | Order Scheduling (RE: 52 Motion for Relief Stay, ). Reply due by: 9/3/2008. Responses due by: 8/26/2008. Status hearing to be held on 9/9/2008 at 10:30 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. Signed on 8/19/2008 (Gonzalez, Maribel) (Entered: 08/20/2008) |
| 08/21/2008 | ●59 | Response to (related document(s): 56 Statement) Filed by Gregory Scandaglia on behalf of Greenstone Captal LLC, Mardini Inc, Semir D Sirazi (Scandaglia, Gregory) (Entered: 08/21/2008) |
| 08/21/2008 | ●60 | Notice of Filing Filed by Gregory Scandaglia on behalf of Greenstone Captal LLC, Mardini Inc, Semir D Sirazi (RE: 59 Response). (Scandaglia, Gregory) (Entered: 08/21/2008) |
| 08/26/2008 | ●61 | Order Denying for the Reasons Stated on the Record Motion to Dismiss Case (Related Doc # 26). Signed on 8/26/2008. (Flowers, Michael) (Entered: 08/26/2008) |
| 08/26/2008 | ●62 | Order for Relief under Chapter 7 . Signed on 8/26/2008 (Flowers, Michael) (Entered: 08/26/2008) |
| 08/26/2008 | ●63 | Response in Opposition to (related document(s): 52 Motion for Relief Stay, ) Filed by Nathan Q. Rugg on behalf of Antoin S Rezko (Attachments: # 1 Exhibit EX. A-1# 2 Exhibit EX. A-2# 3 Exhibit EX. B# 4 Exhibit EX. C# 5 Exhibit EX. D# 6 Exhibit EX. E) (Rugg, Nathan) (Entered: 08/26/2008) |
| 08/26/2008 | ●64 | Notice of Filing Filed by Nathan Q. Rugg on behalf of Antoin S Rezko (RE: 63 Response, ). (Rugg, Nathan) (Entered: 08/26/2008) |

| 08/26/2008 | ●66 | Order Granting Motion To Intervene (Related Doc # 39). Signed on 8/26/2008. (Flowers, Michael) (Entered: 08/27/2008) |
|---|---|---|
| 08/27/2008 | ●65 | Letter of Appointment. Trustee Gregg Szilagyi appointed to the case. Filed by U.S. Trustee William T Neary. (Harvalis, Dean) (Entered: 08/27/2008) |
| 08/28/2008 | ●67 | Hearing Concluded (RE: 51 Notice of Hearing of Rule to Show Cause for Not Filing Electronically). (Devine, Tina) (Entered: 08/28/2008) |
| 09/03/2008 | ●68 | Reply in Support to (related document(s): 52 Motion for Relief Stay, ) Filed by Micah R Krohn on behalf of Semir D Sirazi (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6) (Krohn, Micah) (Entered: 09/03/2008) |
| 09/04/2008 | ●69 | Notice of Appeal to District Court. Filed by Nathan Q. Rugg on behalf of Antoin S Rezko. Fee Amount $255 (RE: 62 Order for Relief (Ch.7), 61 Order on Motion to Dismiss Case). Appellant Designation due by 9/15/2008. Transmission of Record Due by 10/14/2008. (Attachments: # 1 Exhibit A)(Rugg, Nathan) (Entered: 09/04/2008) |
| 09/04/2008 | 70 | Receipt of Notice of Appeal(08-11591) [appeal,ntcapl] ( 255.00) Filing Fee. Receipt number 9468384. Fee Amount $ 255.00 (U.S. Treasury) (Entered: 09/04/2008) |
| 09/05/2008 | ●71 | Notice of Filing to Bk Judge and Parties on Service List (RE: 69 Notice of Appeal, ). (Rance, Gwendolyn) (Entered: 09/05/2008) |
| 09/09/2008 | ●72 | Hearing Continued (RE: 52 Relief Stay). Hearing Scheduled for 09/16/2008 at 10:30 AM at Courtroom 742 219 South Dearborn, Chicago, IL, 60604. (Devine,Tina) (Entered: 09/09/2008) |
| 09/09/2008 | ●73 | Notice of Motion and Application to Employ Catherine Steege, David H. Hixson and Jenner & Block LLP as Counsel Filed by Catherine L Steege ESQ on behalf of Gregg Szilagyi. Hearing scheduled for 9/16/2008 at |

| | | |
|---|---|---|
| | | 10:00 AM at 219 South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order) (Steege, Catherine) (Entered: 09/09/2008) |
| 09/09/2008 | 74 | Disclosure of Compensation of Debtor's Attorney Filed by Howard L. Adelman on behalf of Antoin S Rezko. (Adelman, Howard) (Entered: 09/09/2008) |
| 09/09/2008 | 75 | Notice of Filing Filed by Howard L. Adelman on behalf of Antoin S Rezko (RE: 74 Disclosure of Compensation of Attorney for Debtor). (Adelman, Howard) (Entered: 09/09/2008) |
| 09/15/2008 | 76 | Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Nathan Q. Rugg on behalf of Antoin S Rezko. (RE: 69 Notice of Appeal, ). (Rugg, Nathan) (Entered: 09/15/2008) |
| 09/15/2008 | 77 | Notice of Filing Filed by Nathan Q. Rugg on behalf of Antoin S Rezko (RE: 76 Appellant Designation). (Rugg, Nathan) (Entered: 09/15/2008) |
| 09/15/2008 | 78 | Statement of Issues on Appeal Filed by Nathan Q. Rugg on behalf of Antoin S Rezko. (RE: 69 Notice of Appeal, ). (Rugg, Nathan) (Entered: 09/15/2008) |
| 09/15/2008 | 79 | Notice of Filing Filed by Nathan Q. Rugg on behalf of Antoin S Rezko (RE: 78 Statement of Issues on Appeal). (Rugg, Nathan) (Entered: 09/15/2008) |
| 09/16/2008 | 80 | Order Granting Application to Employ Catherine Steege,David H. Hixson and Jenner & Block (Related Doc # 73). Signed on 9/16/2008. (Flowers, Michael) (Entered: 09/17/2008) |
| 09/16/2008 | 81 | Order Granting Motion for Relief from Stay (Related Doc # 52). Signed on 9/16/2008. (Flowers, Michael) (Entered: 09/17/2008) |
| 09/18/2008 | 82 | Notice of Motion and Motion for Leave to to Withdraw Appearance Filed by Eric J. Munoz on behalf of Greenstone Captal LLC, Mardini Inc, Semir D Sirazi. Hearing scheduled for 10/2/2008 at 10:00 AM at 219 |

South Dearborn, Courtroom 742, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Munoz, Eric) (Entered: 09/18/2008)