AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
Eastern Division

In Re: Antoin S. Rezko          **JUDGMENT IN A CIVIL CASE**

v.                              Case Number: 08 C 5433

Semir D. Sirazi, et al          Judge Matthew F. Kennelly

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court.

IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Bankruptcy Court is affirmed in part, but the case is remanded to the Bankruptcy Court for consideration of whether there is a bona fide dispute regarding the amount due under the Guarantee Agreement.

Michael W. Dobbins, Clerk of Court

Date: 5/29/2009          _____
                         /s/ Sonya Banks, Deputy Clerk